

```
 HONBA                              INMATE EDUCATION DATA            04-20-2006
 PAGE 001 OF 001  *                       TRANSCRIPT            *      12:02:43

REGISTER NO: 92339-022      NAME..: CORNIEL                    FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: HON-HONOLULU FDC

------------------------------  EDUCATION INFORMATION  ------------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
HON  GED UNK    GED STATUS UNKNOWN             07-21-2005 1715  CURRENT

------------------------------  EDUCATION COURSES  ------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
HON M     1X WK THUR PM WKREADSKILLS     01-23-2006  04-20-2006  P   C  P   12




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```