## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant John Corniel, Jr.'s Sentencing Statement will be served upon the following party (ies) upon the filing hereof by:

[X]  Hand-Delivery,  or  [ ] U.S. mail:

MICHAEL K. KAWAHARA, ESQ.
ASSISTANT U.S. ATTORNEY
RM. 6-100, Box 50183
Honolulu, Hawaii 96850

Anne M. Shimokawa
U.S. Probation Officer
United States Probation Officer
300 Ala Moana Blvd., Room C-110
P. O. Box 50111
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii, ___AUG 23 2006___.

_____
RANDY OYAMA
Attorney for Defendant
JOHN CORNIEL, JR.