AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00300 SOM 04 |

(04) JOHN CORNIEL, JR.

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (04) JOHN CORNIEL, JR. and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Title 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine, a Schedule II Controlled substance - Count 1 - 07/14/2005.

Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) - Knowingly and Intentionally Possess with Intent to Distribute Methamphetamine, a Schedule II controlled substance - Count 2 - 05/28/2005 and Count 3 - 06/09/2005.

SEALED
BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 846: 841(a)(1) and 841(b)(1)(A).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | July 14, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Barry M. Kurren, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 7.22.05 | James Yun  GS | [signature] |